IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jenkins, Lizzie Mae

Printed: 9/3/08

Case Number: 06 B 03198
Judge: Hollis, Pamela S
Filed: 3/28/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 3, 2008
Confirmed: August 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 68,017.42 |  |
| Secured: |  | 40,558.90 |
| Unsecured: |  | 1,708.35 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,336.00 |
| Trustee Fee: |  | 2,479.98 |
| Other Funds: |  | 20,934.19 |
| Totals: | 68,017.42 | 68,017.42 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,300.00 | 2,300.00 |
| 2. | Ledford & Wu | Administrative | 36.00 | 36.00 |
| 3. | Aurora Loan Service | Secured | 35,544.64 | 35,544.64 |
| 4. | City Of Chicago | Secured | 5,014.26 | 5,014.26 |
| 5. | Aurora Loan Service | Secured | 19,270.95 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 229.63 | 229.63 |
| 7. | Resurgent Capital Services | Unsecured | 887.10 | 887.10 |
| 8. | Source One Credit Union | Unsecured | 591.62 | 591.62 |
| 9. | Cook County Treasurer | Secured |  | No Claim Filed |
| 10. | Horseshoe Casino Hammond Corp | Unsecured |  | No Claim Filed |
| 11. | Radio Shack | Unsecured |  | No Claim Filed |
| 12. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 13. | USPS Employee's Credit Union | Unsecured |  | No Claim Filed |
| 14. | Chicago Post Office Employee C U | Unsecured |  | No Claim Filed |
| | | | $ 63,874.20 | $ 44,603.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 896.24 |
| 5.4% | 1,291.21 |
| 6.5% | 292.53 |
|  | $ 2,479.98 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jenkins, Lizzie Mae | Case Number: 06 B 03198 |
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 3/28/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

